**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

**MARTIN FLOWERS,**

      **Plaintiff,**

v.                                **Case No: 6:20-cv-1213-PGB-DCI**

**RAM TOOL & SUPPLY CO.,
INC.,**

      **Defendant.**
_____/

## **ORDER**

Plaintiff brought this action against Defendant for failure to pay overtime wages in violation of the Fair Labor Standards Act ("**FLSA**"). (Doc. 1). The parties' Joint Motion to Approve the FLSA Settlement Agreement and Dismiss the Case with Prejudice (the "**Motion**") is now before the Court. (Doc. 28). Magistrate Judge Daniel C. Irick submitted a Report recommending that the Motion be granted. (Doc. 29). No parties have filed an objection, and the time to do so has now passed.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed August 25, 2021 (Doc. 29), is **ADOPTED** and **CONFIRMED** and made a part of this Order;

2. The Joint Motion to Approve the FLSA Settlement Agreement and Dismiss the Case with Prejudice (Doc. 28) is **GRANTED**;

3. The Court finds the Agreement (Doc. 28-1) to be a fair and reasonable settlement of Plaintiff's claims under the FLSA;

4. The case is **DISMISSED** with prejudice; and

5. The Clerk is **DIRECTED** to close the case.

**DONE AND ORDERED** in Orlando, Florida on September 9, 2021.

_____
PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties